IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILLIAM E. DECKER, CODY HENSON, ADAM TYER, MATT NORMAN, BRANDON NIX, DAVID MARTINEZ, CHAD SMITH, JOE MEADE, ROY CHAMBERS AND DEREK FARMER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>v.<br><br>CASEDHOLE SOLUTIONS, INC.<br><br>Defendant. | § § § § § § § § § § § § § § § § §   CIVIL ACTION NO. 2:14-cv-00074 |

## AGREED ORDER AND FINAL JUDGMENT

Pending before this Court is the Parties' Joint Motion for Order Approving Settlement and Entry of Final Judgment Dismissing Lawsuit with Prejudice. Having considered the Parties' Joint Motion, and having found that the Parties' settlement is fair and equitable, the Court determines that the Parties' Joint Motion should be GRANTED in all respects. Therefore, the Court ORDERS that the Parties' settlement is approved and that this action is dismissed in its entirety, with prejudice, the Parties to bear their own costs, expenses, and attorneys' fees. The Clerk of Court is directed to close and terminate this case.

**SIGNED this 17th day of July, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE